COON, Respondent, v. AVARD, Appellant. (Supreme Court, Appellate Division, Third De-

partment. May 8, 1901.) Action by Rosa A. Coon against Alfred Avard. No opinion. Judgment unanimously affirmed, with costs.